

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 11, 2020

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    *United States* v. *Humberto Rodriguez*, et al., 20 Mag. 4714

Dear Judge McCarthy:

      The Government writes to respectfully request that the above-referenced Sealed Complaint, which was returned under seal on May 6, 2020, be unsealed. All of the defendants charged in the complaint have been arrested. A proposed Order is enclosed for the Court's consideration.

      Very truly yours,

      GEOFFREY S. BERMAN
      United States Attorney

by: _____
      Peter J. Davis
      Assistant United States Attorney
      (212) 637-2468

Enclosure

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
 UNITED STATES OF AMERICA            :
      - v. -                         :    ORDER
                                     :
 HUMBERTO RODRIGUEZ,
      a/k/a "El Bori,"               :
 VICTOR RODRIGUEZ, and
 ANDRES BELLO                        :

                Defendants.          :
- - - - - - - - - - - - - - - - - - X
```

Upon application of the United States of America, by and through Assistant United States Attorney Peter J. Davis, it is hereby ORDERED that Complaint 20 MAG 4714, which was filed under seal on May 6, 2020, be and hereby is unsealed.

SO ORDERED.

*Judith C. McCarthy*
HONORABLE JUDITH C. MCCARTHY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

Dated:   New York, New York
         May 11, 2020