UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -against-

Humberto Rodriguez

                                  Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )

20 Mag 4711

Defendant __Humberto Rodriguez__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

/s/ Humberto Rodriguez
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Humberto Rodriguez
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Jennifer Willis
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

May 7, 2020
_____
Date

Judith C. McCarthy
_____
U.S. District Judge/U.S. Magistrate Judge